GERTRUDE MANNING v. CARMELO PELLEGRINO. Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOUIS NOTT v. ROSE NOTT.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Removal of FLORA M. KOCH and Others, as Trustees, etc., of FIFTH CHURCH OF CHRIST, SCIENTIST, NEW YORK, and Election of RALPH WADSWORTH and Others.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY.— Motion denied, with ten dollars costs, unless appellant procure a surety company bond for $800 to secure payment of the total $651.10, with interest and costs and disbursements of the appeal in the event of affirmance. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FERDINAND V. DE VALDOR.— Motion granted, and appellant's time to serve and file the record on appeal and appellant's points is extended to and including July 10, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ISIDORE GOLDBERG.— Motion granted, and the time of appellant within which to serve and file the record on appeal and appellant's points enlarged until August 1, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SUPERIOR SHOW CASE CO., INC., v. MORRIS HELLER.— Motion granted so far as to enlarge the time of the appellant within which to serve and file the record on appeal and appellant's points until August 1, 1931, with notice of argument for October 6, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANK McNULTY v. SAMUEL UNGERLEIDER and Others.— Motion granted provided the appeal be argued or submitted on October 9, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GUY C. MARINER, INC., v. ELIZABETH C. HUGHES.— Motion granted provided defendant files satisfactory surety bond in the sum of $12,000 within two days of the handing down of this decision; otherwise, motion denied. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Supplementary Proceedings: ANTHONY J. SPECIALE v. THEODORE P. ECONOMU.— Stay granted provided defendant, within five days from service of order to be entered hereon, file a surety company bond to secure payment of the fine, with interest and costs of appeal in the event of affirmance of the order appealed from, and also prosecute the appeal with due diligence. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.